AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>ISABELLA MARIA DELUCA<br>DOB: XXXXXX<br><br>Defendant(s) | Case: 1:24-mj-00072<br>Assigned To : Judge Robin M. Meriweather<br>Assign. Date : 2/28/2024<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 641, 2 | (theft of government property and aiding and abetting theft of government property), |
| 18 U.S.C. § 1752(a)(1) | (entering or remaining in restricted buildings or grounds), |
| 18 U.S.C. § 1752(a)(2) | (disorderly and disruptive conduct in a restricted building or grounds) , |
| 40 U.S.C. § 5104(e)(2)(D) | (disorderly or disruptive conduct in the Capitol Buildings), |
| 40 U.S.C. § 5104(e)(2)(G) | (parading, demonstrating, or picketing in a Capitol Building). . |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
Complainant's signature

_____
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __02/28/2024__                                     _____
                                                          Judge's signature

City and state:  __Washington, D.C.__                    Robin M. Meriweather, U.S. Magistrate Judge
                                                          Printed name and title