AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00072 |
| ISABELLA MARIA DELUCA | ) Assigned To : Judge Robin M. Meriweather |
| | ) Assign. Date : 2/28/2024 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____ISABELLA MARIA DELUCA_____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 641, 2 (theft of government property and aiding and abetting theft of government property);
18 U.S.C. § 1752(a)(1) (entering or remaining in restricted buildings or grounds);
18 U.S.C. § 1752(a)(2) (disorderly and disruptive conduct in a restricted building or grounds) ;
40 U.S.C. § 5104(e)(2)(D) (disorderly or disruptive conduct in the Capitol Buildings);
40 U.S.C. § 5104(e)(2)(G) (parading, demonstrating, or picketing in a Capitol Building).

Date: ___02/28/2024___

2024.02.28
17:52:57 -05'00'
*Issuing officer's signature*

City and state:    Washington, D.C.        Robin M. Meriweather, U.S. Magistrate Judge
                                            *Printed name and title*

---

**Return**

This warrant was received on (date) _2/28/2024_, and the person was arrested on (date) _3/15/24_
at (city and state) _Irvine, California_.

Date: _3/15/24_

_Arresting officer's signature_

Special Agent Justin Winecoff
*Printed name and title*