UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 24-cr-169 (JEB) |
| | : | |
| ISABELLA DELUCA, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

Upon consideration of the United States' Memorandum Regarding Review of the Magistrate Judge's Denial of Search Warrant Application (ECF No. 20), and for the reasons stated in the Court's oral ruling on June 27, 2024, it is hereby:

ORDERED that the Magistrate Judge's March 27, 2024 Memorandum Decision in Case No. 24-MJ-00125 (C.D. Cal.) is reversed as it relates to probable cause to search the Apple iPhone 14 Plus in a pink case with the phone number XXX-XXX-5223 currently in the possession of the Federal Bureau of Investigation at its Washington Field Office located at 601 4th Street NW, Washington, DC (hereinafter, the "Target Device");

ORDERED that there is probable cause that evidence of the charged offenses from January 6, 2021 would remain on the Target Device. Because the government established that the digital data is transferable across the defendant's devices, including the Target Device, via the defendant's iCloud account, the passage of time does not render the evidence stale;

ORDERED that the United States shall submit a search warrant application covering the Target Device to be sworn by a law enforcement officer within the meaning of 18 U.S.C. § 2510(7) before this Court by July 5, 2024; and

ORDERED that the United States' Request for Review of the Magistrate Judge's Denial of Search Warrant Application in Case No. 24-SW-091 (ECF No. 9) is denied as moot.

SO ORDERED.

Date: July __2__, 2024

_____
CHIEF JUDGE JAMES E. BOASBERG
UNITED STATES DISTRICT JUDGE