**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO.: 1:24-cr-169 |
| | § | |
| ISABELLA DELUCA | § | |
| | § | |

## DEFENDANT'S MOTION FOR PERMISSION TO TRAVEL

Defendant, by and through undersigned counsel, respectfully moves this Court pursuant to this Court's Conditions of Release Order and under 18 U.S. C. Section 3142, for permission to travel to Leeds, England for one week from September 2nd though 9th of this year, to visit family friends, and states:

1.      Defendant Isabella Deluca requests permission to visit a family friend in England for one-week next month.

2.      Defendant is not a flight risk and is charged with only misdemeanor charges.

3.      Defendant has not missed or evaded any Court proceeding and is in full compliance with release conditions.

4.      The Government is opposed to this request in standing with their policy of opposing all foreign travel request made by capitol breach defendants.

5.      Pre-trial Services does not oppose the request.

WHEREFORE, Defendant respectfully requests this Court to grant permission to travel.

DATED: August 6, 2024.

Respectfully submitted.

/s/ ANTHONY F. SABATINI
FL Bar No. 1018163
anthony@sabatinilegal.com

SABATINI LAW FIRM, P.A.
411 N DONNELLY ST, STE #313
MOUNT DORA, FL 32757
T: (352)-455-2928
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on August, 6 2024, I filed the foregoing Notice of Attorney Appearance using the CM/ECF system which will give electronic notification to all attorneys of record.

/s/ Anthony F. Sabatini