UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | Case No. 24-CR-169 |
| ISABELLA DELUCA : | |
| Defendant. : | |

### ORDER

Pursuant to the motion filed by the United States, ECF No. 26, it is hereby ordered that the Motion to Dismiss the Information pursuant to Rule 48(a) with prejudice is GRANTED.

SO ORDERED this 21st day of Jan., 2025.

_____
CHIEF JUDGE JAMES E. BOASBERG
United States District Court Judge